**No. 56197.**—Theil-Schoen Co. et al. *v.* United States, protests 137112–K, etc. (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of alabaster beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020).   The claim at 35 percent under paragraph 1503 was therefore sustained.

BEFORE THE SECOND DIVISION, DECEMBER 27, 1951

**No. 56198.**—Pathe Watch Co. *v.* United States, protest 175376–K (New York).

Opinion by LAWRENCE, J.   It was stipulated that the items of merchandise in question consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430).   Upon the agreed statement of facts and the cited authority, the merchandise was held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide under paragraph 367 (a) (1), as modified, *supra.*

**No. 56199.**—Alreco Metal Corporation *v.* United States, protest 172178–K (A) (New York).

Opinion by LAWRENCE, J.   From an examination of the papers in the case the court found nothing therein tending in any way to overcome the presumption of correctness attaching to the decision of the collector.   The protest was therefore overruled.

**No. 56200.**—F. H. Kaysing et al. *v.* United States, protests 129985–K, etc. (St. Louis).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 56201.**—J. E. Bernard & Company, Inc. and International Expediters, Inc. *v.* United States, protests 150132–K/2102 and 157101–K/2771 (Chicago).

Opinion by LAWRENCE, J.   The protests were dismissed.